IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:11-CV-32-FL

PAUL T. CANADY, II, Esq., as Administrator of
the Ancillary Estate of ALICE FAYE
SPAULDING, Deceased,

        Plaintiff,

v.

BERNARD ORLANDO KWASNIEWSKI,
HEARTLAND EXPRESS, INC. OF IOWA, also
d/b/a HEARTLAND EXPRESS, INC, a
Corporation, and HEARTLAND EXPRESS, a
Corporation; HEARTLAND EXPRESS
SERVICES, INC., a Corporation; and
HEARTLAND EXPRESS, INC., a Corporation.
        Defendants.

**CONSENT ORDER**

THIS MATTER having come on for hearing by the undersigned Judge Presiding on

Plaintiff's motion to remand the case to the Robeson County Superior Court;

AND THE COURT having considered Plaintiff's Motion to Remand to State Court and

supporting authority, and having been advised through Defendants' Response and Consent to

Plaintiff's Motion to Remand to State Court that the defendants consent to the remand of this

action to the Robeson County Superior Court, as evidenced by the electronic signature of counsel

for the defendants within this Consent Order;

IT IS NOW THEREFORE ORDERED that this action be and is hereby remanded to the

Robeson County Superior Court, and the Clerk of this Court is ordered to transfer the file to the

Clerk of Superior Court for Robeson County, North Carolina for further proceedings herein.  The

parties shall each bear their own costs relating to the plaintiff's Motion to Remand.

This the _23rd_ day of _February_, 2011.

_____

JUDGE PRESIDING


DEFENDANTS CONSENT:


YOUNG MOORE AND HENDERSON, P.A.

By:    /s/ Shannon S. Frankel
        David M. Duke
        State Bar No. 12388
        Shannon S. Frankel
        State Bar No. 33926
        3101 Glenwood Avenue, Suite 200
        Post Office Box 31627
        Raleigh, North Carolina  27622
        Phone: (919) 782-6860
        Fax: (919) 782-6753
        dmd@youngmoorelaw.com
        ssf@youngmoorelaw.com
        *Attorneys for Defendants*